```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

G.J., BY AND THROUGH HIS PARENT   :    CIVIL ACTION
AND EDUCATIONAL DECISION-MAKER,   :
BETTY JACKSON                     :
                                  :
          v.                      :
                                  :
LOWER MERION SCHOOL DISTRICT      :    NO. 11-3723
```

ORDER

        AND NOW, this 19th day of June, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

        (1)  the motion of plaintiffs for attorneys' fees and costs (Doc. #18) is GRANTED in part and DENIED in part;

        (2)  plaintiffs are awarded attorneys' fees in the amount of $13,859.00;

        (3)  plaintiffs are awarded costs in the amount of $289.05; and

        (4)  the motion is otherwise DENIED.

                                BY THE COURT:

                                /s/ Harvey Bartle III
                                                    J.